# United States Bankruptcy Court
## Southern District of Florida

In re   Vladimir Dubrovin
_____
                    Debtor(s)

Case No. _____
Chapter   **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____



*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_____                    Date:    7-12-17
Vladimir Dubrovin
Signature of Attorney or Debtor

**Vladimir Dubrovin**

**Eastside Living**

1600 Taft St Hollywood, FL 33020-3272

| | | |
|---|---|---|
| Check Date 04/21/2017 | Company # | 7202951 |
| Period Begin 04/01/2017 | Check # | 10000 |
| Period End 04/14/2017 | Emp # | 20 |
| Hire Date 04/01/2017 | Net Pay | 388.56 |

| Code | Accrued | Used | Balance |
|---|---|---|---|
| | | | |

### Earnings

| Description | Location | Rate | Hr/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | Hollywood FL | | 80.00 | 462.00 | 462.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (462.00) (S/0) | 38.10 | 38.10 |
| Soc Sec (462.00) | 28.64 | 28.64 |
| Medicare (462.00) | 6.70 | 6.70 |

| | | Hr/Unit | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 80.00 | 462.00 | 462.00 | Total Deductions | 73.44 | 73.44 |
| Total Direct Deposits | | | | | Check Amount | 388.56 | 388.56 |

―――― REMOVE DOCUMENT ALONG THIS PERFORATION ――――

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

---

**Vladimir Dubrovin**

**Eastside Living**

1600 Taft St Hollywood, FL 33020-3272

| | | |
|---|---|---|
| Check Date 05/05/2017 | Company # | 7202951 |
| Period Begin 04/15/2017 | Check # | 10004 |
| Period End 04/28/2017 | Emp # | 20 |
| Hire Date 04/01/2017 | Net Pay | 388.55 |

| Code | Accrued | Used | Balance |
|---|---|---|---|
| | | | |

### Earnings

| Description | Location | Rate | Hr/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | Hollywood FL | | 80.00 | 462.00 | 924.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (462.00) (S/0) | 38.10 | 76.20 |
| Soc Sec (462.00) | 28.65 | 57.29 |
| Medicare (462.00) | 6.70 | 13.40 |

―――― REMOVE DOCUMENT ALONG THIS PERFORATION ――――

**Vladimir Dubrovin**       **Eastside Living**

1600 Taft St. Hollywood, FL 33020-3272

| | | |
|---|---|---|
| Check Date 05/19/2017 | Company # | 7202951 |
| Period Begin 04/29/2017 | Check # | 10008 |
| Period End 05/12/2017 | Emp # | 20 |
| Hire Date 04/01/2017 | Net Pay | 388.56 |

| Code | Accrued | Used | Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Earnings

| Description | Location | Rate | Hr/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | Hollywood FL | | 80.00 | 462.00 | 1,386.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (462.00) (S/0) | 38.10 | 114.30 |
| Soc Sec (462.00) | 28.64 | 85.93 |
| Medicare (462.00) | 6.70 | 20.10 |

| | Hr/Unit | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 80.00 | 462.00 | 1,386.00 | | | |
| Total Direct Deposits | | | | Total Deductions | 73.44 | 220.33 |
| | | | | Check Amount | 388.56 | 1,165.67 |

---

**Vladimir Dubrovin**       **Eastside Living**

1600 Taft St. Hollywood, FL 33020-3272

| | | |
|---|---|---|
| Check Date 06/02/2017 | Company # | 7202951 |
| Period Begin 05/13/2017 | Check # | 10012 |
| Period End 05/26/2017 | Emp # | 20 |
| Hire Date 04/01/2017 | Net Pay | 388.55 |

| Code | Accrued | Used | Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Earnings

| Description | Location | Rate | Hr/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | Hollywood FL | | 80.00 | 462.00 | 1,848.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (462.00) (S/0) | 38.10 | 152.40 |
| Soc Sec (462.00) | 28.65 | 114.58 |
| Medicare (462.00) | 6.70 | 26.80 |

REMOVE DOCUMENT ALONG THIS PERFORATION

| Dubrovin, Vladimir 20 | | | Check Type: REGULAR | | | Rate: 0.00 | | Frequency: Bi-Weekly | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date: 06/30/2017 - 1 | | | Check Num: 10020 | | | Salary: 462.00 | | Check Amt: 388.57 | | Dir Dep(s): Net Pay: 388.57 | |
| Earning | Rate | Hrs/Units | Amt | YTD Hrs | YTD Amt | Deduction | Amt | YTD | Tax | Wages | Amt | YTD Wage |
| E01 Salary | 0.00 | 80.00 | 462.00 | 480.00 | 2,772.00 | | | | Federal | 462.00 | 38.10 | 2,772.00 |
| | | | | | | | | | Soc Sec | 462.00 | 28.64 | 2,772.00 |
| | | | | | | | | | Medicare | 462.00 | 6.69 | 2,772.00 |
| | | | | | | | | | | | | 40.19 |
| Check Totals: | | 80.00 | 462.00 | 480.00 | 2,772.00 | | | | | | 73.43 | 440.65 |

©2009 Wells Fargo Bank, N.A. All rights reserved.

Print Date: 6/26/2017 8:56:05 AM

Page 2 of 7